AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| ANUSSA BRITTON | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No. 13-CV-720 - C |
| AUDUBON FINANCIAL BUREAU, LLC | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AUDUBON FINANCIAL BUREAU, LLC
200 John James Audubon Parkway
Suite 301
Amherst, NY 14228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Craig Thor Kimmel, Esquire
KIMMEL & SILVERMAN
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/11/2013 _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-720-C

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   AUDUBON FINANCIAL BUREAU, LLC.

was received by me on *(date)*          09/06/2013

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   RYAN PAXTON - MANAGING AGENT          , who is

designated by law to accept service of process on behalf of *(name of organization)*   AUDUBON FINANCIAL

BUREAU, LLC.                                         on *(date)*   09/06/2013        ; or

☐ I returned the summons unexecuted because _____  _____  ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:        09/07/2013                    _____
                                                    *Server's signature*

                                 WILLIAM F. BROWN-PROCESS SERVER
                                            *Printed name and title*

                                        CANNON LEGAL SUPPORT, INC.
                                        5140 MAIN STREET, UNIT 303
                                              BUFFALO NY 14221
                                               *Server's address*

Additional information regarding attempted service, etc:

 SERVED @ 200 JOHN JAMES AUDUBON PKY, SUITE 301, AMHERST NY 14228.